Case 1:16-cv-02582-PKC-LB   Document 1-3   Filed 05/20/16   Page 1 of 1 PageID #: 13



| Re: | Westside Regional Medical Center | |
|---|---|---|
| **Patient:** | SYLVIA HANOKA | |
| **Account #** | **Date of Service** | **Balance Due** |
| ▆▆▆26 | 02/26/2015 | $249.79 |

2222 Texoma Pkwy, Ste 150
Sherman, TX 75090

April 1, 2016

Dear Mr./Mrs./Ms SYLVIA HANOKA:

In an effort to assist you in resolving your account with Westside Regional Medical Center, we have been authorized to extend you an offer to settle your account as follows:

1.  Pay the settlement amount of $149.87 by 04/30/2016. This settlement has been calculated as follows:

| | |
|---|---|
| Outstanding Account Balance | $249.79 |
| Adjustment | $99.92 |
| Settlement Amount | $149.87 |

2.  If you choose to accept this offer to settle your account, please return your payment with the stub below.

This settlement offer only applies to the account listed above and does not apply to any other hospital accounts you may have. In the event you elect not to accept this offer our normal collection efforts will continue. By paying the settlement amount, the patient accepts the hospital's settlement offer and agrees that the hospital and the patient release each other from all claims related to the charges for the above referenced account.

If you would like to pay by credit card or if you have any questions regarding this offer please call 888-887-6705. Thank you for your attention to this matter and we sincerely hope you will take advantage of this offer.

Sincerely,

Capio Partners, LLC

Office hours are Monday through Thursday 8AM to 7PM, Friday 8AM to 5PM and Saturday 8AM to NOON, Central Time.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Calls to or from this company may be monitored and/or recorded for quality assurance purposes.

---

***Detach Bottom Portion and Return With Payment***

DEPT 373      2139866516042
PO BOX 4115
CONCORD CA  94524

‖‖‖‖‖ ‖‖‖ ‖‖‖‖ ‖‖ ‖‖‖ ‖‖‖ ‖‖‖ ‖‖ ‖‖‖ ‖‖ ‖

RETURN SERVICE REQUESTED

For:  SYLVIA HANOKA
**Account #:** ▆▆▆26
**Settlement Date:  04/30/2016**
Reference #: ▆▆▆9258
**Settlement Amt Due:  $149.87**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖



SYLVIA HANOKA
1412 FOREST HILL RD
STATEN ISLAND NY 10314-6300

Capio Partners LLC
P. O. Box 1378
Sherman, TX 75091

THCMCSET-0401-716861595-00